**Order entered December 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01180-CR
## No. 05-16-01181-CR

**ZACHARY ELLIOT CALLENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82261-2015 & 219-82262-2015**

## ORDER

Before the Court is court reporter Kathy Bounds's November 28, 2016 request for extension of time to file the reporter's record. We **GRANT** Ms. Bounds's request, and **ORDER** the reporter's record filed by **JANUARY 13, 2017**.


/s/    LANA MYERS
       JUSTICE